The People ex rel. GEORGE GEORNER, JR. vs. ELISHA O. CROSBY, one of the Attorneys, &c.

Where an attorney of this court collected several demands before a justice of the peace, each demand being less than $50, and on motion for an attachment to compel the attorney to pay over about $140, claimed to be due from the demands thus collected by him: *held*, that the separate demands being less than $50, this court had not jurisdiction.

*Motion for attachment.*—This was a motion by relator for an attachment to issue against the defendant, as an attorney of this court, for not paying over moneys alleged to have been collected by him for relator after demand made. It appeared that the demands left with the defendant by the relator for collection, were small, and were sued before a justice of the peace, no one of them exceeded $50; the relator claimed about $140 due him from defendant. The defendant showed that when he collected money for relator from the demands left with him, he also paid out the amount in settling bills against the relator, which relator had given defendant authority and requested him to do, as relator had left the place where he had been doing business, and was then engaged in business in another part of the state.

J. H. COLLIER, *Rels Counsel.*    THURSTON & WISNER, *Rels Attys.*
S. STEVENS, *Defts Counsel.*    E. O. CROSBY, *Atty in person.*

BEARDSLEY, Justice.—Without going fully into the merits of the case, denied the motion with costs, on the ground that the demands separately, being under $50, this court had not jurisdiction, although in the aggregate they may have exceeded that sum.